UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.Z., ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendant. | 24cv03990 (DEH) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties shall provide a joint update on the status but not the substance of their settlement efforts by **January 31, 2025**. If the parties have not reached an agreement in principle by January 31, 2025, then Plaintiff's motion for summary judgment shall be due by **February 14, 2025**; Defendant's opposition shall be due by **February 28, 2025**; and Plaintiff's reply shall be due by **March 14, 2025**. No further extensions of these deadlines will be granted absent very good cause shown. That Defendant continues to "experience[ ] a delay and await[s] authority to commence settlement negotiations" shall not constitute such good cause.

DATED:  January 17, 2025
           New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge